SOPHIA GREEN, Appellant, v. THOMAS H. HOPKINSON, Respondent.— Order, as resettled, setting aside defendant's default, permitting him to answer and vacating third party order in supplementary proceedings affirmed, with ten dollars costs and disbursements; defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

HENRIETTA GRENNAN, Appellant, v. FRANKLIN A. COLES and FRANK AUSTIN, Executors, etc., of HELENE Foss, Deceased, and Others, Respondents.— Order granting defendants' motion to vacate notice of examination before trial of the defaulting party defendant, Christiensen, affirmed, with ten dollars costs and disbursements. (*Mackay, Lovell & Co., Inc.*, v. *Dillon*, 215 App. Div. 842.) This disposition is made without prejudice to an application, if plaintiff be so advised, to take the testimony of Julie Christiensen as a witness in the event that facts can be shown that will comply with the requirements of section 288 of the Civil Practice Act, with respect to her claimed infirmities affording reasonable grounds for a belief that she will be unable to attend the trial. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM HARMAN and JACOB LEVENTHAL, Respondents, v. PORTON CONSTRUCTION COMPANY, INC., Appellant, and MEISTER HOMELAND CORPORATION, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.